IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH BARFIELD | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4-11-cv-00206 |
| | § | |
| PLANO HOUSING AUTHORITY; | § | |
| HELEN MACEY, in her official capacity as | § | |
| Executive Director; BRENDA McDONALD | § | |
| in her official capacity as Director of | § | |
| Resident & Real Estate Services; and | § | |
| WENDY ABEL, in her official capacity as | § | |
| Compliance/Hearing Officer, | § | |
|     Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 2, 2012, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plano Housing Authority, Helen Macey, Brenda McDonald & Wendy Abel's Motion for Partial Dismissal of Plaintiff's Claims (Dkt. 9) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed to the amended report,[1] this court is of the opinion that the findings and

---

[1] The court notes that Defendants filed objections to a February 2, 2012 report which was subsequently withdrawn by the Magistrate Judge. *See* Dkt. 59. No objections were filed to the amended report.

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plano Housing Authority, Helen Macey, Brenda McDonald & Wendy Abel's Motion for Partial Dismissal of Plaintiff's Claims (Dkt. 9) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE