IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSEPH BARFIELD<br>    Plaintiff,<br><br>V.<br><br>PLANO HOUSING AUTHORITY;<br>HELEN MACEY, in her official capacity as<br>Executive Director; BRENDA McDONALD<br>in her official capacity as Director of<br>Resident & Real Estate Services; and<br>WENDY ABEL, in her official capacity as<br>Compliance/Hearing Officer,<br>    Defendants. | CASE NO. 4-11-cv-00206 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Application for Preliminary Injunction (Dkt. 29) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.  Therefore, Plaintiff's Application for Preliminary Injunction (Dkt. 29) is DENIED.

    IT IS SO ORDERED.

    SIGNED this the 1st day of August, 2012.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE